**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6794**

_____

CHARLES JONES, a/k/a Jeffrey Victor Warner,
a/k/a Nicholas Warner Jones,

                                        Plaintiff - Appellant,

        versus


MARY ANN SAAR, Maryland State Secretary of
Public Safety & Correctional Services; JOHN
SNOWDEN, Lieutenant; JULIUS WILLIAMS,
Sergeant; DANTE GREEN; DONALD WHITE; DARRYL
TAYLOR,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
04-1243-1-RDB)

_____

Submitted:  June 10, 2004          Decided:  June 21, 2004

_____

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Charles Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Jones seeks to appeal the district court's order dismissing some but not all defendants in his 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Jones seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED